UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE OF LA

2009 APR 27  A 10: 09

BY DEPUTY CLERK

GEORGE SKAVRON

VERSUS

LOWE'S HOME CENTER, INC., ET AL

CIVIL ACTION

NO.  07-70-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 6, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendants East Baton Rouge Parish Sheriff Sid Gautreaux and Sgt. Harold E. Sutton is granted in part, and denied in part.  Summary judgment is granted as to defendant East Baton Rouge Parish Sheriff Sid Gautreaux on the plaintiff's § 1983 claims based on supervisory liablity, and to both defendants on the plaintiff's state law claim for intentional infliction of emotional distress. Summary Judgment on all other claims is denied.

Baton Rouge, Louisiana, April  24  , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA